**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Avaun Cornell JOHNSON,**
**Defendant–Appellant.**

No. 09–6750.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 10, 2009.

Decided: Sept. 15, 2009.

Avaun Cornell Johnson, Appellant Pro Se. Bryan Michael Giblin, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Avaun Cornell Johnson appeals the district court's order denying his motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Johnson*, No. 1:06–cr–00554–CCB–2 (D. Md. filed Mar. 30, 2009; entered Mar. 31, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*